UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:14-CV-22611

CLARA CUARTAS,

    Plaintiff,

v.

CREDIT CONTROL SERVICES, INC.,
d/b/a CREDIT COLLECTION SERVICES

                                                 **JURY DEMAND**

    Defendant.
_____/

**ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFF'S COMPLAINT**

COMES NOW, Defendant, and files this Answer and Affirmative Defenses to the Plaintiff's Complaint and states:

1. Admitted that Plaintiff brings suit under the FDCPA and FCCPA, but denied that she is entitled to relief thereunder.

2. Denied.

3. Denied.

4. Admitted for jurisdictional purposes only.

5. Defendant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore, denied.

6. Denied.

7. Defendant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore, denied.

1

8. Admitted.

9. Defendant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore, denied.

10. Defendant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore, denied.

11. Defendant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore, denied.

12. Admitted that on or around March 15, 2014, Defendant mailed out a letter to the debtor; otherwise denied.

13. Denied.

14. Denied.

15. Denied.

16. Defendant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore, denied.

17. Defendant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore, denied.

18. Denied.

19. Denied.

20. Denied.

21. Defendant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore, denied.

22. Defendant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and therefore, denied.

23. Defendants re-allege and re-incorporate paragraphs 1 through 22 as though fully restated herein.

24. Denied.

25. Denied.

26. Denied (a through f inclusive).

27. Defendants re-allege and re-incorporate paragraphs 1 through 22 as though fully restated herein.

28. Denied.

29. Denied.

30. Admitted that Florida Statute Section 559.715 states what it states; otherwise denied.

31. Denied.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's claim(s) may be barred in whole or in part by the applicable statute of limitations.

## SECOND AFFIRMATIVE DEFENSE

Any violation of the law or damage suffered by Plaintiff was due to the affirmative actions and/or omissions of Plaintiff or others, and does not give rise to any claim of damages against Defendant.

## THIRD AFFIRMATIVE DEFENSE

Defendant asserts, without admitting any liability whatsoever, that there exists no private cause of action for a violation for § 559.715.

## FOURTH AFFIRMATIVE DEFENSE

Defendant asserts, without admitting any liability whatsoever, that any violation of federal or state law was unintentional and the result of a bona fide error, notwithstanding reasonable procedures in place to prevent such errors.

## DEMAND FOR JURY TRIAL

Defendant demands a trial by jury on all issues.

WHEREFORE, Defendant respectfully requests an Order dismissing the case and awarding it attorneys' fees and costs.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record, and via U.S. Mail to *Pro Se Plaintiff:* Clara Cuartas, 10504 SW 53 RD ST, Miami, FL 33165-7006 on this 5th day of September, 2014.

>GOLDEN SCAZ GAGAIN, PLLC
>201 North Armenia Avenue
>Tampa, Florida  33609
>Telephone:  (813) 251-5500
>Facsimile:   (813) 251-3675
>E-mail:  dgolden@gsgfirm.com
>E-mail: cmchale@gsgfirm.com
>
>By: /s/ Charles J. McHale
>Dale T. Golden, Esquire
>Florida Bar No.: 094080
>Charles J. McHale, Esquire
>Florida Bar No.:  0026555
>***Attorneys for Defendant***