# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No.: 14-22611-CIV-Lenard/Goodman

**Clara Cuartas**
                    **Plaintiff,**
**vs.**

**Credit Control Services, Inc. dba Credit Collection Services**
                    **Defendant.**

_____/

### CLERK'S NOTICE OF MEDIATOR DESIGNATION

In accordance with S.D. Fla. L.R. 16.2(d)(1)(b), the certified mediator identified below is hereby designated to serve as the mediator in this case:

David H. Lichter
Higer Lichter & Givner
18305 Biscayne Boulevard
Suite 302
Aventura, FL 33160
Telephone: 305-933-9970
Facsimile: 305-933-0998
E-mail: dlichter@hlglawyers.com

The Certified Mediator shall be compensated in accordance with Administrative Order 2008-08 ("in cases where the parties have not agreed on the selection of a mediator which results in the Clerk of the Court designating a mediator on a blind rotating basis ... such designated mediators shall be compensated at the rate of Two Hundred Fifty Dollars ($250) per hour, which includes the mediator's time preparing for and conducting the mediation."). See also S.D. Fla. L.R. 16.2(b)(7) ("All mediation fees...shall be due within forty-five (45) days of invoice and shall be enforceable by the Court upon motion.")

Pursuant to S.D. Fla. L.R. 16.2(d)(2), Plaintiff's counsel (or another attorney agreed upon by all counsel of record) shall be responsible for coordinating the mediation conference date and location agreeable to the mediator and all counsel of record. Plaintiff's Counsel in this case is identified below:

Clara Cuartas
10501 SW 53rd Street
Miami, FL 33165
Telephone:
Facsimile:
E-mail:

DONE at the Federal Courthouse Square, Miami, Florida this 26th day of September, 2014.

STEVEN M. LARIMORE
Court Administrator • Clerk of Court

By: s/Peggy Johnson _____
    Deputy Clerk

Copies to:
The Honorable Joan A. Lenard, United States District Judge
All Counsel of Record and/or Pro Se Parties
David H. Lichter, Certified Mediator (Copy Mailed)                    Rev. 2013-01